ACCEPTED
03-14-00503-CV
4070789
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 11:44:23 AM
JEFFREY D. KYLE
CLERK



# AVERA
## Law Firm, PLLC

ROBERT AVERA
ATTORNEY AND COUNSELOR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/9/2015 11:44:23 AM

JEFFREY D. KYLE
Clerk

December 8, 2014

Jeffrey Kyle
3rd Court of Appeals
PO Box 12547
Austin, Texas 78711

Via First Class Mail

RE: *Kohler v. Chiquillo*, Cause No. 03-14-00503-CV

Dear Mr. Kyle:

We are in receipt of your letter dated December 5, 2014, advising us that Mr. Kohler's motion to extend the filing deadline for his brief was granted. However, please be advised that Ms. Chiquillo has not retained my firm for the appeal and she has not provided us the name of a new attorney. Please direct all future correspondence directly to Ms. Chiquillo at 120 Victoria Court, Austin, Texas 78737.

Sincerely,

Robert Avera
Attorney

RA/km

CC: Claudia Chiquillo

310 W Hwy 290, Ste C, Dripping Springs, Texas 78620  Tel. (512) 615-3578  Fax. (512) 615-3583



# Notice to 3rd COA

2 messages

---

**Karen Mitchell** <karen@averalaw.com>                               Wed, Feb 4, 2015 at 8:51 PM
To: kent_kohler@praxair.com

Dear Mr. Kohler:
Per Mr. Avera's instructions, please see the attached which was filed with the 3rd Court of Appeals.

Sincerely,
Karen Mitchell, CP
Paralegal to Robert Avera

Avera Law Firm, PLLC
310 W Hwy 290 Ste C
Dripping Springs, TX 78620
Phone: 512-615-3578
Direct: 512-308-6707
Fax: 512-615-3583

---

📄 **12-08-14 3rd COA signed by client.pdf**
34K

---

**Kent_Kohler@praxair.com** <Kent_Kohler@praxair.com>               Thu, Feb 5, 2015 at 7:59 AM
To: Karen Mitchell <karen@averalaw.com>

Thanks Karen.

Sent from my iPhone
[Quoted text hidden]
> <12-08-14 3rd COA signed by client.pdf>